**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Juan Jose Navarro v. The State of Texas

Appellate case number:   01-22-00325-CR

Trial court case number:  1686011

Trial court:             339th District Court of Harris County

Appellant, Juan Jose Navarro, filed a notice of appeal of his conviction of the felony offense of violation of a protective order. On August 30, 2022, we abated the appeal and remanded to the trial court to conduct a hearing to determine:

(1)     If, without the appellant's fault, a significant exhibit was lost or destroyed;

(2)     If the lost or destroyed exhibit is necessary to the appeal's resolution; and

(3)     If the lost or destroyed exhibit can be replaced either by agreement of the parties or with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibit.

*See* TEX. R. APP. P. 34.6(f). On September 23, 2022, a supplemental clerk's record was filed. The supplemental clerk's record contained Joint Proposed Findings of Fact, Conclusions of Law, and an Order to Replace Corrupted Exhibit with a Duplicate Copy by Agreement of the Parties. The trial court signed the order on September 22, 2022.

The abatement of this case is lifted and the case is reinstated on this Court's active docket.

On September 27, 2022, Appellant filed a motion for extension of time in which to file his brief. Appellant's motion is **granted.** His brief is due October 26, 2022. Appellee's brief is due thirty days after Appellant's brief is filed. TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                        Acting individually

Date: <u>October 4, 2022</u>